1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Rose Ann Wise
6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| ROSE ANN WISE, | ) Case No.: 2:15-cv-00410-FFM |
|---|---|
| Plaintiff, | ) ~~/PROPOSED/~~ ORDER OF DISMISSAL |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: September 28, 2015

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

-1-

1 DATE: September 28, 2015     Respectfully submitted,

2                                 LAW OFFICES OF LAWRENCE D. ROHLFING

3                         BY:   /s/ *Young Cho*
                                _____
4                                 Young Cho
                                  Attorney for plaintiff Rose Ann Wise

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26